```
                                   United States Bankruptcy Court
                                   Middle District of Pennsylvania
In re:                                                                    Case No. 18-02050-RNO
Robert Vincent Zielinski-Wright                                           Chapter 13
      Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: DGeorge                Page 1 of 2              Date Rcvd: Jun 20, 2018
                              Form ID: ntcnfhrg            Total Noticed: 34
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2018.
```
db              Robert Vincent Zielinski-Wright,    325 E South St,    Wilkes Barre, PA  18702-5824
cr             +ESSA Bank & Trust,    1065 Highway 315,    Cross Creek Pointe,    Wilkes-Barre, PA 18702-6941
5061697        +At T U-Verse,    208 S Akard St,    Dallas, TX 75202-4206
5061698         Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE  19899-8803
5061700         Comenity Capital Bank,    PO Box 182273,    Columbus, OH  43218-2273
5061701        +Credit First N A,    6275 Eastland Rd,    Brook Park, OH 44142-1399
5071210        +ESSA Bank & Trust,    c/o Attorney John Fisher,    126 South Main Street,
                 Pittston, PA 18640-1739
5061704         Essa Bank & Trust,    200 Palmer St,    Stroudsburg, PA  18360-1645
5061705         First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD  57107-0145
5061706        #Jarvis Zielinski-Wright,    325 E South St,    Wilkes Barre, PA  18702-5824
5071209        +John Fisher, Esquire,    126 South Main Street,    Pittston, PA 18640-1741
5061695         Law Offices of Jason P Provinzano LLC,    16 W Northampton St,    Wilkes Barre, PA  18701-1708
5061708         Lvnv Funding LLC,    Greenville, SC  29602
5061710         Med Data Sys,    645 Walnut St,    Gadsden, AL  35901-7102
5061714         PNC Bank,    249 5th Ave Ste 30,    Pittsburgh, PA  15222-2707
5061717       #+Second Round Lp,    4150 Freidrich Ln Ste,    Austin, TX 78744-1052
5061720         Wilkes Barre General Hospita,    575 N River St,    Wilkes Barre, PA  18764-0999
5061694         Zielinski-Wright Robert Vincent,    325 E South St,    Wilkes Barre, PA  18702-5824
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5061696         E-mail/Text: EBNProcessing@afni.com Jun 20 2018 18:56:17      Afni, Inc.,    PO Box 3097,
                 Bloomington, IL  61702-3097
5061699         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 20 2018 18:57:44      Capital One,
                 15000 Capital One Dr,    Richmond, VA  23238-1119
5061700         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 20 2018 18:56:03      Comenity Capital Bank,
                 PO Box 182273,    Columbus, OH  43218-2273
5061702         E-mail/PDF: creditonebknotifications@resurgent.com Jun 20 2018 19:08:31
                 Credit One Bank N.A.,    PO Box 98873,    Las Vegas, NV  89193-8873
5061703         E-mail/PDF: pa_dc_ed@navient.com Jun 20 2018 18:58:02      Dept of Ed/Navient,    PO Box 9635,
                 Wilkes Barre, PA  18773-9635
5061707        +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 20 2018 18:55:55      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
5061709         E-mail/Text: camanagement@mtb.com Jun 20 2018 18:56:00      M&T Bank,    1 Fountain Plz Fl 4,
                 Buffalo, NY  14203-1420
5061711         E-mail/Text: bankruptcydpt@mcmcg.com Jun 20 2018 18:56:14      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA  92108-2709
5061712         E-mail/PDF: pa_dc_claims@navient.com Jun 20 2018 18:57:46      Navient,    PO Box 9655,
                 Wilkes Barre, PA  18773-9655
5069428         E-mail/PDF: cbp@onemainfinancial.com Jun 20 2018 18:57:55      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
5061713         E-mail/PDF: cbp@onemainfinancial.com Jun 20 2018 18:57:56      OneMain Financial,    PO Box 3251,
                 Evansville, IN  47731-3251
5062205        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 20 2018 18:57:44
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5061715         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 20 2018 18:58:00
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA  23502-4952
5061716         E-mail/Text: bankruptcyteam@quickenloans.com Jun 20 2018 18:56:22      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI  48226-1906
5073955        +E-mail/Text: bankruptcyteam@quickenloans.com Jun 20 2018 18:56:22      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
5061718        +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2018 18:57:42      Syncb/lowes,    PO Box 956005,
                 Orlando, FL 32896-0001
5061719         E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2018 18:57:57      Synchrony Bank,    PO Box 965030,
                 Orlando, FL  32896-5030
                                                                                              TOTAL: 17
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0314-5           User: DGeorge              Page 2 of 2              Date Rcvd: Jun 20, 2018
                               Form ID: ntcnfhrg          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          Jason Paul Provinzano    on behalf of Debtor 1 Robert Vincent Zielinski-Wright MyLawyer@JPPLaw.com,
           G17727@notify.cincompass.com
          John   Fisher    on behalf of Creditor    ESSA Bank & Trust johnvfisher@yahoo.com,
           fisherlawoffice@yahoo.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT  |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
|---|---|---|
| Robert Vincent Zielinski−Wright,<br>aka Robert V. Zielinski−Wright, aka Robert V. Wright,<br>aka Robert Zielinski−Wright, aka Robert Wright, aka<br>Robert Vincent Wright, | Chapter | 13 |
| | Case No. | 5:18−bk−02050−RNO |
| **Debtor 1** | | |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **August 14, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court<br>Courtroom #2, Max Rosenn US<br>Courthouse, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: August 21, 2018<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DGeorge, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 20, 2018 |

ntcnfhrg (03/18)