```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 18-02050-RNO
Robert Vincent Zielinski-Wright                                           Chapter 13
         Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0314-5          User: DGeorge                Page 1 of 1        Date Rcvd: Nov 07, 2018
                              Form ID: orcnfpln            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2018.
db             #Robert Vincent Zielinski-Wright,    325 E South St,    Wilkes Barre, PA   18702-5824

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Jason Paul Provinzano     on behalf of Debtor 1 Robert Vincent Zielinski-Wright MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              John   Fisher     on behalf of Creditor     ESSA Bank & Trust johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Robert Vincent Zielinski–Wright, aka Robert V. Zielinski–Wright, aka Robert V. Wright, aka Robert Zielinski–Wright, aka Robert Wright, aka Robert Vincent Wright, | Chapter | 13 |
| | Case No. | 5:18–bk–02050–RNO |
| **Debtor 1** | | |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on September 21, 2018. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: November 7, 2018

By the Court,

*Robt N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DGeorge, Deputy Clerk

orcnfpln(05/18)