UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| Robert Zielinski-Wright | : | |
| | : | CASE NO.: 5:18-bk-02050-RNO |
| Debtor | : | |

## PRAECIPE TO CHANGE DEBTOR'S MAILING ADDRESS

TO THE CLERK OF BANKRUPTCY COURT:

Please change the mailing address of record for Debtor, Robert Zielinski-Wright, to 8 West Market Street, Suite 606, Wilkes-Barre, PA 18701.

Date: 04/22/2019

/s/ Jason P. Provinzano, Esquire
Law Offices of Jason P. Provinzano, LLC
By: Jason P. Provinzano, Esquire
16 W. Northampton Street
Wilkes-Barre, PA 18701
Attorney ID: 306451
P: 570-822-5771
F: 570-908-6664
Email: MyLawyer@JPPLaw.com