```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 18-02050-RNO
Robert Vincent Zielinski-Wright                                     Chapter 13
         Debtor             CERTIFICATE OF NOTICE
District/off: 0314-5           User: DGeorge                Page 1 of 2                  Date Rcvd: May 23, 2019
                               Form ID: ordsmiss            Total Noticed: 46
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
```
db            +Robert Vincent Zielinski-Wright,    8 West Market Street,    Suite 606,
               Wilkes Barre, PA 18701-1818
cr            +ESSA Bank & Trust,    1065 Highway 315,    Cross Creek Pointe,    Wilkes-Barre, PA 18702-6941
5061697       +At T U-Verse,    208 S Akard St,    Dallas, TX 75202-4206
5071210       +ESSA Bank & Trust,    c/o Attorney John Fisher,    126 South Main Street,
               Pittston, PA 18640-1739
5061704        Essa Bank & Trust,    200 Palmer St,    Stroudsburg, PA 18360-1645
5061706        Jarvis Zielinski-Wright,    325 E South St,    Wilkes Barre, PA 18702-5824
5071209       +John Fisher, Esquire,    126 South Main Street,    Pittston, PA 18640-1741
5061695        Law Offices of Jason P Provinzano LLC,    16 W Northampton St,    Wilkes Barre, PA 18701-1708
5061708        Lvnv Funding LLC,    Greenville, SC 29602
5084269       +M&T Bank,    PO Box 1508,    Buffalo, New York 14240-1508
5061710        Med Data Sys,    645 Walnut St,    Gadsden, AL 35901-7102
5061714        PNC Bank,    249 5th Ave Ste 30,    Pittsburgh, PA 15222-2707
5061720        Wilkes Barre General Hospita,    575 N River St,    Wilkes Barre, PA 18764-0999
5061694        Zielinski-Wright Robert Vincent,    325 E South St,    Wilkes Barre, PA 18702-5824
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5085551        EDI: AIS.COM May 23 2019 23:08:00      AT&T CORP,    by American InfoSource LP as agent,
               PO Box 4457,    Houston, TX 77210-4457
5061696        EDI: AFNIRECOVERY.COM May 23 2019 23:08:00      Afni, Inc.,    PO Box 3097,
               Bloomington, IL 61702-3097
5077584       +EDI: ATLASACQU.COM May 23 2019 23:08:00      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
5061698        EDI: TSYS2.COM May 23 2019 23:08:00      Barclays Bank Delaware,    PO Box 8803,
               Wilmington, DE 19899-8803
5061699        EDI: CAPITALONE.COM May 23 2019 23:08:00      Capital One,    15000 Capital One Dr,
               Richmond, VA 23238-1119
5079333        EDI: CAPITALONE.COM May 23 2019 23:08:00      Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC 28272-1083
5077558        EDI: BL-BECKET.COM May 23 2019 23:08:00      Capital One, N.A.,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
5061700        EDI: WFNNB.COM May 23 2019 23:08:00      Comenity Capital Bank,    PO Box 182273,
               Columbus, OH 43218-2273
5061701       +EDI: CRFRSTNA.COM May 23 2019 23:08:00      Credit First N A,    6275 Eastland Rd,
               Brook Park, OH 44142-1399
5079426        EDI: CRFRSTNA.COM May 23 2019 23:08:00      Credit First NA,    PO Box 818011,
               Cleveland, OH 44181-8011
5061702        EDI: RCSFNBMARIN.COM May 23 2019 23:08:00      Credit One Bank N.A.,    PO Box 98873,
               Las Vegas, NV 89193-8873
5061703        EDI: NAVIENTFKASMDOE.COM May 23 2019 23:08:00      Dept of Ed/Navient,    PO Box 9635,
               Wilkes Barre, PA 18773-9635
5061705        EDI: AMINFOFP.COM May 23 2019 23:08:00      First Premier Bank,    3820 N Louise Ave,
               Sioux Falls, SD 57107-0145
5061707       +E-mail/Text: bncnotices@becket-lee.com May 23 2019 19:05:16       Kohls/capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
5084454        EDI: RESURGENT.COM May 23 2019 23:08:00      LVNV Funding, LLC its successors and assigns as,
               assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
5084221        EDI: RESURGENT.COM May 23 2019 23:08:00      LVNV Funding, LLC its successors and assigns as,
               assignee of Capital One Bank (USA), N.A.,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
5061709        E-mail/Text: camanagement@mtb.com May 23 2019 19:05:19       M&T Bank,    1 Fountain Plz Fl 4,
               Buffalo, NY 14203-1420
5061711        EDI: MID8.COM May 23 2019 23:08:00      Midland Funding,    2365 Northside Dr Ste 30,
               San Diego, CA 92108-2709
5077343       +EDI: MID8.COM May 23 2019 23:08:00      Midland Funding, LLC,
               Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,    PO Box 2011,
               Warren, MI 48090-2011
5084075        EDI: NAVIENTFKASMSERV.COM May 23 2019 23:08:00      NAVIENT CFC,    C/O Navient Solutions, LLC.,
               PO BOX 9640,    Wilkes-Barre, PA 18773-9640
5061712        EDI: NAVIENTFKASMSERV.COM May 23 2019 23:08:00      Navient,    PO Box 9655,
               Wilkes Barre, PA 18773-9655
5087308        EDI: NAVIENTFKASMSERV.COM May 23 2019 23:08:00      Navient Solutions, LLC on behalf of,
               Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
5069428        EDI: AGFINANCE.COM May 23 2019 23:08:00      ONEMAIN,    P.O. BOX 3251,
               EVANSVILLE, IN 47731-3251
5061713        EDI: AGFINANCE.COM May 23 2019 23:08:00      OneMain Financial,    PO Box 3251,
               Evansville, IN 47731-3251
5087309        EDI: PRA.COM May 23 2019 23:08:00      Portfolio Recovery Associates, LLC,    POB 12914,
               Norfolk VA 23541
5062205       +EDI: PRA.COM May 23 2019 23:08:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
```

```
District/off: 0314-5          User: DGeorge           Page 2 of 2            Date Rcvd: May 23, 2019
                              Form ID: ordsmiss       Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
5061715        EDI: PRA.COM May 23 2019 23:08:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,
                 Norfolk, VA   23502-4952
5061716        E-mail/Text: bankruptcyteam@quickenloans.com May 23 2019 19:05:27      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI  48226-1906
5073955       +E-mail/Text: bankruptcyteam@quickenloans.com May 23 2019 19:05:27      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI  48226-3408
5061717       +EDI: SECONDROUND.COM May 23 2019 23:08:00      Second Round Lp,    4150 Freidrich Ln Ste,
                 Austin, TX  78744-1052
5061718       +EDI: RMSC.COM May 23 2019 23:08:00      Syncb/lowes,   PO Box 956005,    Orlando, FL  32896-0001
5061719        EDI: RMSC.COM May 23 2019 23:08:00      Synchrony Bank,   PO Box 965030,
                 Orlando, FL  32896-5030
                                                                                              TOTAL: 32

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Jason Paul Provinzano     on behalf of Debtor 1 Robert Vincent Zielinski-Wright MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              John   Fisher    on behalf of Creditor    ESSA Bank & Trust johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Robert Vincent Zielinski–Wright, aka Robert V. Zielinski–Wright, aka Robert V. Wright, aka Robert Zielinski–Wright, aka Robert Wright, aka Robert Vincent Wright, | Chapter | 13 |
| | Case No. | 5:18–bk–02050–RNO |
| **Debtor 1** | | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: May 23, 2019

By the Court,

*Robt N. Opel II* (signature)

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DGeorge, Deputy Clerk

ordsmiss (05/18)